BEFORE THE FIRST DIVISION, JUNE 30, 1944

**No. 49592.**—Protest 104807–K of Somerset Importers, Ltd. (New York).

Opinion by OLIVER, P. J. At the trial the collector's letter and statement of goods in warehouse referred to therein were admitted in evidence without objection of the Government. In view thereof the claim at ⅛ cent per pound was sustained.